1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11    MONTE L. HANEY,                    )
                                         )
12                   Plaintiff(s),       )        No. C 08-4294 CRB (PR)
                                         )
13         v.                            )        ORDER
                                         )
14    ROBERT J. AYERS, JR., et al.,      )
                                         )
15                   Defendant(s).       )
      _____   )
16

17         Plaintiff has submitted several discovery requests to the court.  The court

18    cannot conduct discovery for plaintiff.  Plaintiff must serve his requests on

19    defendants, or defendants' counsel once counsel has been appointed.  No further

20    court order is required.

21    SO ORDERED.

22    DATED:  Jan. 13, 2009          _____

23                                   CHARLES R. BREYER
                                     United States District Judge
24

25

26

27

28    G:\PRO-SE\CRB\CR.08\Haney, M1.or1.wpd