IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MONTE L. HANEY,

    Plaintiff,

 v.

ROBERT L. AYERS JR,

    Defendant(s).

No. C 08-4294 CRB (PR)

ORDER

    Good cause appearing, plaintiff's request for leave to file a cross-motion for summary judgment in excess of the court's page limit is granted in part. Plaintiff may file a cross-motion for summary judgment not exceeding 30 pages by no later than May 15, 2009.

    Defendants shall file an opposition to any cross-motion for summary judgment within 30 days of receipt and plaintiff shall file a reply within 15 days thereafter.

    The clerk shall terminate the motion in docket number 24.

SO ORDERED.

DATED: April 9, 2009

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.08\Haney, M1.or2.wpd